IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASER LEWIS,<br><br>    Plaintiff,<br><br>  v.<br><br>V. SALAS, Secretary, California Department of Corrections,<br><br>    Defendant.<br>                                         / | No. C 07-5307 WHA (PR)<br><br>**ORDER REGARDING IN FORMA PAUPERIS STATUS** |

     This is a civil rights action filed pro se by a prisoner. The clerk sent plaintiff a notice that his application for leave to proceed in forma pauperis ("IFP") was deficient because it omitted a certificate of funds, and did not have attached to it a copy of transactions in his inmate account as required by 28 U.S.C. § 1915(a)(2). It therefore appears that there was an application to proceed IFP with the complaint, but unfortunately it has not made it to the file. There thus is no IFP application on file.

     Plaintiff shall either pay the $350 filing fee or file an application for leave to proceed IFP within thirty days of the date of this order.

     **IT IS SO ORDERED.**

Dated: October  29 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\LEWIS5307.IFP.wpd