IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASER LEWIS, | No. C 07-5307 WHA (PR) |
| Plaintiff, | **ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE** |
| v. | |
| V. SALAS, Secretary, State of California Department of Corrections, | |
| Defendant. | |

This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that his application to proceed in forma pauperis ("IFP") was deficient because page five of the application, the "Certificate of Funds in Inmate Account," was not signed, and because the printout of his prisoner trust account statement covered only one month, rather than the six months required by 28 U.S.C. § 1915(a)(2). Plaintiff was informed that the case would be dismissed if he did not either pay the fee or remedy the IFP deficiency within thirty days.

The Court subsequently entered an order noting that the existence of the clerk's notice referred to above suggested that there had once been an application to proceed IFP, albeit an incomplete one, but that it had reached the file. Plaintiff was instructed, therefore, to either pay the filing fee or file another application to proceed IFP.

Plaintiff has filed an application to proceed IFP, but just as was the case with the

1  original application, the certificate of funds on page five of the application is not signed and the
2  printout of transactions in his inmate account covers only one month rather than six.  Because of
3  his failure to file a proper IFP application, leave to proceed in forma pauperis (document
4  number 4 on the docket) is **DENIED**.  This case is **DISMISSED** without prejudice.  *See* Fed.
5  R.Civ.P. 41(b).  The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February   28  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\LEWIS5307.DSM.wpd