**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING　　　　　　　　　　　　　　　　　　　　450 GOLDEN GATE AVENUE
CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　SAN FRANCISCO, CA 94102
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(415) 522-2000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX (415) 522-2176

# FIRST NOTICE OF PAYMENT DUE

Anthony Ceaser Lewis
V-95299/ B2-114 Up
Salinas Valley State Prison　　　　　　　　　　　　　　　**Notice Date**
PO Box 1050　　　　　　　　　　　　　　　　　　　　　　03/10/2008
Soledad, CA 93960-1050

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied and the filing fee is now due.

*This fee is due for the following case:*

**Case Title: Lewis v. Salas**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 3:07-cv-05307-WHA | 10/18/2007 | 02/28/2008 | $350.00 |

Please immediately send a check for $350.00 to the following address:

**United States District Court**
**450 Golden Gate Avenue, 16th Floor**
**San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.　　Total amount due:　$350.00**